**Electronically Filed
Supreme Court
SCWC-13-0003839
15-MAR-2017
07:54 AM**

SCWC-13-0003839

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

STATE OF HAWAI'I,
Respondent/Plaintiff-Appellee,

vs.

JOHN CHRISTOPHER JENKINS,
Petitioner/Defendant-Appellant.

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-13-0003839; CR. NO. 13-1-0366)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Petitioner/Defendant-Appellant John Christopher Jenkin's application for writ of certiorari filed on January 30, 2017, is hereby rejected.

DATED: Honolulu, Hawai'i, March 15, 2017.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

